### Shippen Brothers Lumber Company v. Miller.

Beck, J. The plaintiff brought suit to recover damages for certain acts of trespass on the part of the defendant, which consisted of cutting and carrying away from the lands of the plaintiff a quantity of certain described timber of a given value. There was evidence under which the jury would have been authorized to find that a part, at least, of the timber alleged to have been cut and carried away was actually cut and carried away by the defendant after the plaintiff had acquired title to the land; and this being true, the court should not, by granting a nonsuit, have taken from the jury the question of plaintiff's right to recover the value of such timber as from the evidence they might believe to be the property of the plaintiff.

       *Judgment reversed. All the Justices concur.*
       January 23, 1913.

Action for damages. Before Judge Morris. Gilmer superior court. October 10, 1911.

*A. H. Burtz, T. A. Brown,* and *J. Z. Foster,* for plaintiff.
*William Bull* and *Charles H. Griffin,* for defendant.

---

### Shippen Brothers Lumber Company v. Hamby.

Atkinson, J. No complaint is made that any error of law was committed on the trial. The evidence was sufficient to support the verdict, and the judgment overruling the motion for a new trial will not be disturbed.

       *Judgment affirmed. All the Justices concur.*
       January 23, 1913.

Complaint. Before Judge Morris. Gilmer superior court. November 2, 1911.

*T. A. Brown, A. H. Burtz,* and *J. Z. Foster,* for plaintiff.
*William Butt* and *A. S. J. Hall,* for defendant.